# GROUP EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-055

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Gothic Prayer |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | January 31, 2008 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge,, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

Correspondence:   Yes
Copyright Office notes:   Regarding publication: The date of publication is an approximation.



Gothic Prayer poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-057

**Effective Date of Registration:**
May 17, 2019

---

## Title

|  |  |
|---|---|
| Title of Work: | Blue Moon |
| Nature of Claim: | Lithographic print |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | February 29, 2016 |
| Nation of 1st Publication: | United Kingdom |

## Author

|  |  |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

|  |  |
|---|---|
| Previously registered: | No |

## Certification

|  |  |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

Page 1 of 2

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Blue Moon

Blue Moon.psd

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tergle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-045

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Dark Hearts |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | March 31, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

Page 1 of 2

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Sad eyes.psd



Dark Hearts illo.psd

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-048

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Protector |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 30, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2016 |

**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Protector



Protector.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Taigle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-065

**Effective Date of Registration:**
May 17, 2019

---

## Title
 

      **Title of Work:** Summon the Reaper

      **Nature of Claim:** Lithographic print

## Completion/Publication
 

      **Year of Completion:** 2009
      **Date of 1st Publication:** August 31, 2009
      **Nation of 1ˢᵗ Publication:** United Kingdom

## Author
 

      •     **Author:** Anne Stokes
      **Author Created:** 2-Dimensional artwork
      **Work made for hire:** No
      **Citizen of:** United Kingdom
      **Year Born:** 1972
      **Anonymous:** No
      **Pseudonymous:** No

## Copyright Claimant
 

      **Copyright Claimant:** Anne Stokes
      1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB,
      United Kingdom

## Limitation of copyright claim
 

      **Previously registered:** No

## Certification
 

      **Name:** Michael A. Hierl
      **Date:** May 16, 2019

**Correspondence:**   Yes

**Copyright Office notes:**   Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Summon the Reaper



Summon the Reaper poster.tif

ANNE STOKES COLLECTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-061

**Effective Date of Registration:**
May 17, 2019

---

## Title
_____

**Title of Work:** Spirit Guide

**Nature of Claim:** Lithographic print

## Completion/Publication
_____

**Year of Completion:** 2011
**Date of 1st Publication:** April 30, 2011
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Anne Stokes
**Author Created:** 2-Dimensional artwork
**Work made for hire:** No
**Citizen of:** United Kingdom
**Year Born:** 1972
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant
_____

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim
_____

**Previously registered:** No

## Certification
_____

**Name:** Michael A. Hierl
**Date:** May 16, 2019

Correspondence: Yes
Copyright Office notes: Regarding publication: The date of publication is an approximation.



Spirit Guide poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tula*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-064

**Effective Date of Registration:**
May 17, 2019

---

## Title

**Title of Work:** Angel Rose

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 31, 2009
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, BRADFORD, BD10 OPB,
UK

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hied
**Date:** May 16, 2019

Page 1 of 2

Correspondence:     Yes
Copyright Office notes:     Regarding publication: The date of publication is an approximation.

# Angel Rose



Angel Rose poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tingle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-063

**Effective Date of Registration:**
May 17, 2019

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Kindred Spirits |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | March 31, 2008 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

|  |  |
|---|---|
| **Previously registered:** | No |

## Certification

|  |  |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Dragon Friendship aka Kindred Spirits



Kindred Spirits.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-152-068**

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Enchantment |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 30, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

Page 1 of 2

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

Enchantment



Enchantment.psd

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karen A. Tyler*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-067

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Aracnafaria |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | April 30, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hied |
| **Date:** | May 16, 2019 |

Page 1 of 2

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

Aracnafaria poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-058

**Effective Date of Registration:**
May 17, 2019



## Title
—————————————————————

**Title of Work:** Dragonkin

**Nature of Claim:** Lithographic print

## Completion/Publication
—————————————————————

**Year of Completion:** 2012
**Date of 1st Publication:** November 30, 2012
**Nation of 1st Publication:** United Kingdom

## Author
—————————————————————

- **Author:** Anne Stokes
 **Author Created:** 2-Dimensional artwork
 **Work made for hire:** No
 **Citizen of:** United Kingdom
 **Year Born:** 1972
 **Anonymous:** No
 **Pseudonymous:** No

## Copyright Claimant
—————————————————————

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim
—————————————————————

**Previously registered:** No

## Certification
—————————————————————

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

Dragonkin

ANNE STOKES COLLECTION

Dragonkin.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Engle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-019

**Effective Date of Registration:**
May 17, 2019

---

## Title

**Title of Work:** Spell Weaver

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 28, 2018
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
**Author Created:** 2-Dimensional artwork
**Work made for hire:** No
**Citizen of:** United Kingdom
**Year Born:** 1972
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB,
United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

Page 1 of 2

Correspondence:   Yes
Copyright Office notes:   Regarding publication: The date of publication is an approximation.

Spell Weaver



ANNE STOKES COLLECTION

Spell weaver.psd

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-261-829

**Effective Date of Registration:**
July 13, 2021
**Registration Decision Date:**
August 04, 2021

---

**Title**

**Title of Work:** Awake Your Magic

**Completion/Publication**

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United Kingdom

**Author**

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

**Copyright Claimant**

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

**Certification**

**Name:** Paul Scarcia-Scheel
**Date:** July 13, 2021

*Awake Your Magic*





# COPY OF REGISTRATION

## VA 2-272-364

**Registration Number**

## VA 2-272-364

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title _____

Title of Work: Rock God

## Completion/Publication _____

Year of Completion: 2008
Date of 1st Publication: March 01, 2008
Nation of 1st Publication: United Kingdom

## Author _____

- Author: Anne Stokes
 Author Created: 2-D artwork
 Citizen of: United Kingdom

## Copyright Claimant _____

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification _____

Name: Anna Katharina Reiter
Date: September 14, 2021

**Registration #:** VA0002272364
**Service Request #:** 1-10837214191

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes · www.annestokes.com



# COPY OF REGISTRATION

# VA 2-272-273

**Registration Number**

# VA 2-272-273

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Final Verdict |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | March 01, 2007 |
| **Nation of 1ˢᵗ Publication:** | United Kingdom |

## Author _____

|  |  |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification _____

|  |  |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

**Registration #:**   VA0002272273
**Service Request #:**   1-10837373080

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

## VA 2-272-075

Registration Number

**VA 2-272-075**

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

**Title of Work:**   Dragons Lair

## Completion/Publication

**Year of Completion:**   2008
**Date of 1st Publication:**   March 01, 2008
**Nation of 1st Publication:**   United Kingdom

## Author

- **Author:**   Anne Stokes
  **Author Created:**   2-D artwork
  **Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB,
United Kingdom

## Certification

**Name:**   Anna Katharina Reiter
**Date:**   September 14, 2021

Registration #:    VA0002272075
Service Request #:    1-10837373195

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

## VA 2-272-041

Registration Number

# VA 2-272-041

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Pirate Skull |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 01, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

|  |  |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification _____

|  |  |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

Registration #:   VA0002272041
Service Request #:   1-10837431985

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

## VA 2-271-652

**Registration Number**

# VA 2-271-652

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title

|  |  |
|---|---|
| **Title of Work:** | Gothic Guardian |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | March 01, 2010 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **• Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

|  |  |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

Page 1 of 1

**Registration #:** VA0002271652
**Service Request #:** 1-10837431880

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

## VA 2-272-043

Registration Number

# VA 2-272-043

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

Title of Work: Unicorn Heart

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: March 01, 2010
Nation of 1st Publication: United Kingdom

## Author

- Author: Anne Stokes
Author Created: 2-D artwork
Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

Name: Anna Katharina Reiter
Date: September 14, 2021

**Registration #:** VA0002272043
**Service Request #:** 1-10837432225

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000

Unicorn Heart.psd



# COPY OF REGISTRATION

## VA 2-271-518

**Registration Number**

# VA 2-271-518

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title _____

**Title of Work:**  Woodland Guardian

## Completion/Publication _____

**Year of Completion:**  2008
**Date of 1st Publication:**  March 01, 2008
**Nation of 1ˢᵗ Publication:**  United Kingdom

## Author _____

- **Author:**  Anne Stokes
  **Author Created:**  2-D artwork
  **Citizen of:**  United Kingdom

## Copyright Claimant _____

**Copyright Claimant:**  Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification _____

**Name:**  Anna Katharina Reiter
**Date:**  September 14, 2021

**Registration #:**   VA0002271518
**Service Request #:**   1-10837406890

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



Woodland Guardian



# COPY OF REGISTRATION

## VA 2-271-514

Registration Number

## VA 2-271-514

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title _____

Title of Work: Glimpse of a Unicorn

## Completion/Publication _____

Year of Completion: 2010
Date of 1st Publication: March 01, 2010
Nation of 1st Publication: United Kingdom

## Author _____

- Author: Anne Stokes
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant _____

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification _____

Name: Anna Katharina Reiter
Date: September 14, 2021

**Registration #:** VA0002271514
**Service Request #:** 1-10837407235

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

VA 2-272-210

**Registration Number**

# VA 2-272-210

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Skull Embrace |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | March 01, 2007 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes<br>1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,<br>United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

Registration #:   VA0002272210
Service Request #:   1-10837432070

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-329-205

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 30, 2022

---

## Title

**Title of Work:** Celtic Dragon 1

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** March 01, 2005
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes

Page 1 of 1

# Celtic Dragon 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-329-166

**Effective Date of Registration:**
November 30, 2022
**Registration Decision Date:**
November 30, 2022

---

## Title

**Title of Work:** Celtic Dragon 2

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** March 01, 2005
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 30, 2022

---

Page 1 of 1

## Celtic Dragon 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-699

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:** Fire Dragon

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 01, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-705

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title
| | |
|---|---|
| Title of Work: | Dragon Beauty |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | March 01, 2011 |
| Nation of 1st Publication: | United Kingdom |

## Author
| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Certification
| | |
|---|---|
| Name: | Anna Katharina Reiter |
| Date: | November 23, 2022 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-704

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Water Dragon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | March 01, 2006 |
| **Nation of 1ˢᵗ Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | November 23, 2022 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-698

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:** Prayer for the Fallen

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** March 01, 2010
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-696

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

Title of Work: Spellbound

## Completion/Publication

Year of Completion: 2009
Date of 1st Publication: March 01, 2009
Nation of 1st Publication: United Kingdom

## Author

- Author: Anne Stokes
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

Name: Anna Katharina Reiter
Date: November 23, 2022

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-703

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:** Midnight Messenger

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 01, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-702

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Copperwing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 01, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | | |
|---|---|---|
| • | **Author:** | Anne Stokes |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date**: | November 23, 2022 |

---

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-701

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

Title of Work: Forest Walk

## Completion/Publication

Year of Completion: 2009
Date of 1st Publication: March 01, 2009
Nation of 1st Publication: United Kingdom

## Author

- Author: Anne Stokes
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Certification

Name: Anna Katharina Reiter
Date: November 23, 2022

---

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-700

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:** Realm of Enchantment

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-695

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title
           **Title of Work:**  Soul Bond

## Completion/Publication
        **Year of Completion:**  2017
    **Date of 1st Publication:**  March 01, 2017
  **Nation of 1ˢᵗ Publication:**  United Kingdom

## Author
  •         **Author:**  Anne Stokes
    **Author Created:**  2-D artwork
        **Citizen of:**  United Kingdom

## Copyright Claimant
    **Copyright Claimant:**  Anne Stokes
                     1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification
             **Name:**  Anna Katharina Reiter
              **Date:**  November 23, 2022

    **Correspondence:**  Yes





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-348-535

**Effective Date of Registration:**
May 23, 2023
**Registration Decision Date:**
May 23, 2023

---

## Title

**Title of Work:** Immortal Flight

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 01, 2009
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** May 23, 2023

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-348-533

**Effective Date of Registration:**
May 23, 2023
**Registration Decision Date:**
May 23, 2023

---

**Title** _____

    **Title of Work:** Lost Soul

**Completion/Publication** _____

    **Year of Completion:** 2005
    **Date of 1st Publication:** July 01, 2005
    **Nation of 1st Publication:** United Kingdom

**Author** _____

    •   **Author:** Anne Stokes
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

**Copyright Claimant** _____

    **Copyright Claimant:** Anne Stokes
    1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

**Certification** _____

    **Name:** Anna Katharina Reiter
    **Date:** May 23, 2023

---

    **Correspondence:** Yes

